**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.A., S.S., A.S., and M.F., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NATURALCYCLES USA CORPORATION, AND NATURALCYCLES NORDIC AB,<br><br>Defendants. | Case No. 3:25-cv-10421-WHO<br><br>CLASS ACTION<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**<br><br>[Local Rule 7-11] |

Having read and considered Plaintiffs' Administrative Motion for Leave to Proceed Under Pseudonym, it is hereby ordered that Plaintiffs' Motion is GRANTED. The Court finds that the criteria set forth in *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058 (9th Cir. 2000) for a party to proceed under pseudonym are satisfied at this stage of the proceedings.

**IT IS ORDERED** that Plaintiffs will proceed pseudonymously as "S.A., S.S., A.S., and M. F." All captions and papers in this matter shall reflect that designation.

Dated: January 6, 2026

Hon. William H. Orrick
U.S. District Court Judge