**PERKINS COIE LLP**
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Anna Mouw Thompson, *pro hac vice*
AnnaThompson@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Timothy M. Carter, Bar No. 335212
TCarter@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

Attorneys for Defendants NATURALCYCLES USA
CORPORATION AND NATURALCYCLES NORDIC AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A., S.S., A.S., and M.F., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATURALCYCLES USA CORPORATION AND NATURALCYCLES NORDIC AB,<br><br>Defendant. | Case No. 3:25-cv-10421-WHO<br><br>**JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT AND MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, as well as Local Rules 7-2 and 7-3 and its Commentary, Plaintiffs, individually and on behalf of all others similarly situated, and Defendants NaturalCycles USA Corporation and NaturalCycles Nordic AB (collectively, "Natural Cycles"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their putative class action complaint (the "Complaint") on January 8, 2026;

WHEREAS, on January 23, 2026, the parties filed a stipulation to extend Natural Cycles' deadline to respond to the Complaint from February 11, 2026, to March 30, 2026, Dkt. 18 (the "Complaint Response Extension");

WHEREAS, the Complaint Response Extension is the only other time modification the parties have sought in this action;

WHEREAS, on March 30, 2026, Natural Cycles responded by filing both a motion to dismiss the Complaint ("Motion to Dismiss"), Dkt. 34, and a motion to compel arbitration, stay the proceedings, and strike S.A. and A.S.'s class claims ("Motion to Compel"), Dkt. 33;

WHEREAS, together, those motions present complex and interrelated issues concerning privacy, internet technology, the enforceability and scope of arbitration, and whether certain claims may proceed in this Court;

WHEREAS, given the complexity of the motions, the parties would benefit from extended deadlines for opposition and reply briefs than those contemplated by Local Rule 7-3;

WHEREAS, the parties have agreed to an alternative briefing schedule applicable to both motions;

WHEREAS, there is good cause for the requested extension because additional time will allow the parties to fully brief both motions, the stipulation is not made for purposes of delay, and no party will be prejudiced thereby;

NOW, THEREFORE, the Parties stipulate as follows:

- Plaintiffs' opposition briefs to the Motion to Dismiss and the Motion to Compel will be due on May 14, 2026; and

-1-

**3:25-CV-10421-WHO**
JOINT STIPULATION AND [] ORDER
SETTING BRIEFING SCHEDULE

- Natural Cycles' reply briefs for both the Motion to Dismiss and the Motion to Compel will be due on June 15, 2026.

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD.

Dated: April 1, 2026

**PERKINS COIE LLP**

By:  */s/ Nicola C. Menaldo*
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Anna Mouw Thompson, *pro hac vice*
AnnaThompson@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:  +1.206.359.8000
Facsimile:   +1.206.359.9000

Timothy M. Carter, Bar No. 335212
TCarter@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone:  +1.650.838.4300
Facsimile:   +1.650.838.4350

*Attorneys for Defendants NaturalCycles USA Corporation and NaturalCycles Nordic AB*

**PARASMO LIEBERMAN LAW**

By:  */s/ Grace E. Parasmo*
Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
8149 W. Santa Monica Blvd., #611
Los Angeles, California 90046
Telephone: (646) 509-3913

*Counsel for Plaintiffs and the Proposed Class*

-2-

**3:25-CV-10421-WHO**
JOINT STIPULATION AND [] ORDER
SETTING BRIEFING SCHEDULE

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

*/s/ Nicola C. Menaldo*
Nicola C. Menaldo

-3-

**3:25-CV-10421-WHO**
JOINT STIPULATION AND [] ORDER
SETTING BRIEFING SCHEDULE

## [~~PROPOSED~~] ORDER <u>AS AMENDED</u>

Having considered the parties' Stipulation, the Court hereby GRANTS the parties' Stipulation. It is hereby ordered that:

1. Plaintiffs' opposition to Defendant's motion to dismiss the Complaint ("Motion to Dismiss"), Dkt. 34, and a motion to compel arbitration, stay the proceedings, and strike S.A. and A.S.'s class claims ("Motion to Compel"), Dkt. 33, will be due on May 14, 2026;

2. Defendants' reply supporting its Motion to Dismiss and Motion to Compel will be due on June 15, 2026.

3. **The hearing on the motions is reset from June 17, 2026, to July 8, 2026 at 2:00 p.m. by videoconference**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 6, 2026

_____

The Honorable William H. Orrick

**3:25-CV-10421-WHO**
JOINT STIPULATION AND [] ORDER
SETTING BRIEFING SCHEDULE