Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
8149 W. Santa Monica Blvd., #611
West Hollywood, California 90046
Telephone: (646) 509-3913

Attorneys for Plaintiffs S.A., S.S., A.S. and M.F., individually, and on behalf of a class of similarly situated individuals

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.A., S.S., A.S., and M.F., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NATURALCYCLES USA CORPORATION, AND NATURALCYCLES NORDIC AB,<br><br>Defendants. | Case No. 3:25-cv-10421-WHO<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>[Civil L.R. 7-11; Civil L.R. 79-5]<br><br>Judge: Hon. William H. Orrick<br>Date: July 8, 2026<br>Time: 2:00 pm<br>Location: Courtroom 2, 17th Floor |

Pursuant to Civil Local Rules 7-11 and 79-5, and the Court's Order Granting Plaintiffs' Administrative Motion for Leave to Proceed Under Pseudonym entered on January 6, 2026 (ECF 14) Plaintiffs respectfully move for an order permitting portions of the declarations of Plaintiffs S.A. and A.S., which reveal their true names and certain biographical information, to be filed under seal. This administrative motion is supported by the Declaration of Grace E. Parasmo, filed concurrently herewith.

## I. ARGUMENT

This putative class action challenges the unlawful disclosure and use of Plaintiffs and Class Members' private reproductive and sexual health information by Defendants NaturalCycles USA Corp. and NaturalCycles Nordic AB ("Natural Cycles" or "Defendants").

Plaintiffs seek leave to file under portions of the declarations of Plaintiffs S.A. and A.S. (submitted in support of their opposition to Defendants' motion to compel arbitration, stay proceedings, and dismiss individual and the class claims) that reveal their true names and educational background information, as follows:

| Document | Designating Party | Requested Portions to be Sealed |
|---|---|---|
| Declaration of S.A. | Plaintiff | Page 2, line 1: declarant's name only<br>Page 2, line 8: educational background<br>Page 4: declarant's name and signature |
| Declaration of A.S. | Plaintiff | Page 2, line 1: declarant's name only<br>Page 2, line 8: educational background<br>Page 4: declarant's name and signature |

The facts and circumstances supporting the requested relief are set forth in Plaintiffs' Administrative Motion for Leave to Proceed Under Pseudonym (ECF 13), which this Court granted on January 6, 2026, ("the Order") (ECF 14). Public filing of the declarations without sealing would undermine the protections afforded by the Order and defeat the purpose of pseudonymous treatment.

The requested sealing is narrowly tailored. Plaintiffs seek to seal only the portions of the declarations that disclose Plaintiffs' true names and educational background information that could

be used to identify them.

Plaintiffs have reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File under Seal and Civil Local Rule 79-5. As required by Civil Local Rule 79-5(d)(1), the following attachments accompanying this motion:

1. The Declaration of Grace E. Parasmo in Support of Plaintiffs' Administrative Motion to File Plaintiffs' Declarations Under Seal;
2. An unredacted version of Declaration of Plaintiff S.A. in support of Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration, Stay Proceedings, and Dismiss S.A. and A.S.'s Class Claims; and
3. An unredacted version of Declaration of Plaintiff A.S. Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration, Stay Proceedings, and Dismiss S.A. and A.S.'s Class Claims.

## II. CONCLUSION

Plaintiffs therefore respectfully request that the Court enter an order permitting unredacted versions of Plaintiffs S.A. and A.S.'s declarations to be filed under seal, with any public version reflecting only those redactions necessary to preserve Plaintiffs' pseudonymity and effectuate the Court's January 6, 2026 Order.

Dated: May 14, 2026

Respectfully submitted,

By: *__/s/ Grace E. Parasmo__*

Grace E. Parasmo (State Bar No. 308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (State Bar No. 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
8149 W. Santa Monica Blvd., #611
West Hollywood, California 90046
Telephone: (646) 509-3913

*Attorneys for Plaintiffs S.A., S.S., A.S., and M.F., individually and on behalf of all others similarly situated*