**PARASMO LIEBERMAN LAW**
Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
8149 W. Santa Monica Blvd., #611
West Hollywood, California 90046
Telephone: (646) 509-3913

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A., S.S., A.S., and M.F., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATURALCYCLES USA CORPORATION AND NATURALCYCLES NORDIC AB,<br><br>Defendants. | Case No. 3:25-cv-10421-WHO<br><br>**DECLARATION OF GRACE E. PARASMO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION, STAY PROCEEDINGS, AND DISMISS S.A. AND A.S.'S CLASS CLAIMS**<br><br>Judge: Hon. William H. Orrick<br>Date: July 8, 2026<br>Time: 2:00 pm<br>Location: Courtroom 2, 17th Floor |

I, Grace E. Parasmo, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of the law firm Parasmo Lieberman Law, counsel of record for Plaintiffs in this action. I have personal knowledge of the facts stated in this declaration, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants Naturalcycles USA Corporation and Naturalcycles Nordic AB's Motion to Compel Arbitration, Stay Proceedings, and Dismiss S.A. and A.S.'s Class Claims (the "Motion").

3. Attached as **Exhibit A** are true and correct redacted screenshots of the Natural Cycle's "Before you start" screens and the subscription purchase flow screens that immediately follow, each captured on an iPhone on May 12, 2026.

4. Attached as **Exhibit B** are true and correct redacted screenshots of the Natural Cycle's "Before you start" screens and the subscription purchase flow screens that immediately follow, each captured on a Mac computer on May 12, 2026.

5. Attached as **Exhibit C** is a true and correct screenshot from the Natural Cycles app showing that consumers without an active subscription cannot use the app's services. The screen states that the user "ha[s] no active subscription," that their data "won't be saved," that they "won't get a fertility status," and instructs the user to "Buy a new subscription to start using Natural Cycles again."

6. Attached as **Exhibit D** is a true and correct American Arbitration Assocation's Commercial Arbitration Administrative Fee Schedule.

7. Attached as **Exhibit E** is a true and correct American Arbitration Assocation's Consumer Arbitration Administrative Fee Schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2026 at Los Angeles, California.

Grace E. Parasmo

Grace E. Parasmo