**PERKINS COIE LLP**
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Anna Mouw Thompson, *pro hac vice*
AnnaThompson@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Timothy M. Carter, Bar No. 335212
TCarter@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

Attorneys for Defendants NATURALCYCLES USA
CORPORATION AND NATURALCYCLES NORDIC AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A., S.S., A.S., and M.F., individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>NATURALCYCLES USA CORPORATION AND NATURALCYCLES NORDIC AB,<br><br>            Defendants. | Case No. 3:25-cv-10421-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS THE CLASS ACTION COMPLAINT**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, as well as Local Rules 7-2 and 7-3 and its Commentary, Plaintiffs, individually and on behalf of all others similarly situated, and Defendants NaturalCycles USA Corporation and NaturalCycles Nordic AB (collectively, "Natural Cycles"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their putative class action complaint (the "Complaint") on January 8, 2026;

WHEREAS, on January 23, 2026, the Parties filed a stipulation to extend Natural Cycles' deadline to respond to the Complaint from February 11, 2026, to March 30, 2026, Dkt. 18 (the "Complaint Response Extension");

WHEREAS, on March 30, 2026, Natural Cycles responded by filing both a motion to dismiss the Complaint ("Motion to Dismiss"), Dkt. 34, and a motion to compel arbitration, stay the proceedings, and strike S.A. and A.S.'s class claims ("Motion to Compel"), Dkt. 33;

WHEREAS, on April 1, 2026, the Parties filed a joint stipulation and proposed order to set a briefing schedule wherein the Plaintiffs' oppositions to Natural Cycles' motions would be due on May 14, 2026, and Natural Cycles' replies supporting its motions would be due June 15, 2026 ("Briefing Schedule Stipulation"), Dkt. 35;

WHEREAS, on April 6, 2026, the Court entered an Order adopting the schedule set forth in the Briefing Schedule Stipulation and resetting the hearing on Defendants' motions from June 17, 2026, to July 8, 2026, Dkt. 36;

WHEREAS, the Complaint Response Extension and Briefing Schedule Stipulation are the only extensions the Parties have sought in this matter;

WHEREAS, the Parties have agreed to extend Natural Cycles' deadline to file a reply in support of its motions from June 15, 2026, to June 29, 2026;

WHEREAS, there is good cause for the requested extension to account for commitments of Natural Cycles' counsel in other cases and to allow Natural Cycles to adequately and fully respond to Plaintiffs' opposition briefs. The stipulation is not made for purposes of delay, and no party will be prejudiced thereby;

-1-

3:25-CV-10421-WHO
STIPULATION AND ORDER
EXTENDING REPLY DEADLINE

NOW, THEREFORE, the Parties stipulate as follows:

- Natural Cycles' reply briefs for both the Motion to Dismiss and the Motion to Compel will be due on June 29, 2026.

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD.

Dated: June 5, 2026

**PERKINS COIE LLP**

By: */s/ Anna Mouw Thompson*
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Anna Mouw Thompson, *pro hac vice*
AnnaThompson@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Timothy M. Carter, Bar No. 335212
TCarter@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

*Attorneys for Defendants NaturalCycles USA Corporation and NaturalCycles Nordic AB*

**PARASMO LIEBERMAN LAW**

By: */s/ Grace E. Parasmo*
Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
8149 W. Santa Monica Blvd., #611
Los Angeles, California 90046
Telephone: (646) 509-3913

*Counsel for Plaintiffs and the Proposed Class*

-2-

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ Anna Mouw Thompson
Anna Mouw Thompson

-3-

## [PROPOSED] ORDER AS AMENDED

Having considered the parties' Stipulation, the Court hereby GRANTS the parties' Stipulation. It is hereby ordered that:

1. Natural Cycles' reply briefs supporting its Motion to Dismiss and Motion to Compel will be due on June 29, 2026.

2. **The hearing on the motions is continued to July 15, 2026 at 2:00 p.m. by videoconference.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 5, 2026

_____

The Honorable William H. Orrick

-4-