**PARASMO LIEBERMAN LAW**
Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
8149 W. Santa Monica Blvd., #611
Los Angeles, California 90046
Telephone: (646) 509-3913

*Counsel for Plaintiffs and the Proposed Class*

**ASHURST PERKINS COIE US LLP**
Nicola C. Menaldo, *pro hac vice*
nicola.menaldo@ashurstperkins.com
Anna Mouw Thompson, *pro hac vice*
anna.thompson@ashurstperkins.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

[Additional Counsel listed on Signature Page]

*Counsel for Defendants NaturalCycles USA Corporation and NaturalCycles Nordic AB*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A., S.S., A.S., and M.F., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATURALCYCLES USA CORPORATION AND NATURALCYCLES NORDIC AB,<br><br>Defendants. | Case No. 3:25-cv-10421-WHO<br><br>**JOINT STATUS REPORT AND ORDER STAYING ALL DEADLINES** |

Pursuant to the Court's Order dated June 26, 2026 (ECF No. 45), Plaintiffs S.A., S.S., A.S., and M.F., ("Plaintiffs") and Defendants NaturalCycles USA Corporation and NaturalCycles Nordic AB ("Natural Cycles") (collectively, the "Parties") submit this Joint Status Report.

## 1. STATUS UPDATE

On June 25, 2026, the Parties filed a stipulation to extend Natural Cycles' deadline to file replies in support of its Motion to Dismiss the Class Action Complaint and Motion to Compel Arbitration, pending mediation scheduled for September 2026. (ECF No. 44).

On June 26, 2026, the Court granted the Parties' stipulation and directed the Parties to file a joint status report within fourteen (14) days after the conclusion of mediation advising whether the matter has resolved and, if not, proposing further deadlines as needed. (ECF No. 45).

The Parties mediated on September 16 and September 30, 2026, via Zoom before neutral mediator Jill R. Sperber. During those sessions, the Parties engaged in good-faith negotiations regarding the claims and defenses at issue in this case. As a result of those efforts, the Parties have reached a class-wide settlement in principle and are in the process of finalizing a written settlement agreement.

The Parties anticipate filing a motion for preliminary approval of the class action settlement within ninety (90) days of this Joint Status Report, and respectfully request that the Court stay all other deadlines in this matter pending the filing of that motion.

Dated: October 14, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ Nicola C. Menaldo*

Nicola C. Menaldo, *pro hac vice*
nicola.menaldo@ashurstperkins.com
Anna Mouw Thompson, *pro hac vice*
anna.thompson@ashurstperkins.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Alison R. Watkins, Bar No. 253023
alison.watkins@ashurstperkins.com
Timothy M. Carter, Bar No. 335212
tim.carter@ashurstperkins.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

*Counsel for Defendants NaturalCycles USA Corporation and NaturalCycles Nordic AB*

Dated: October 14, 2026

**PARASMO LIEBERMAN LAW**

By: */s/ Grace E. Parasmo*

Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
8149 W. Santa Monica Blvd., #611
Los Angeles, California 90046
Telephone: (646) 509-3913

*Counsel for Plaintiffs and the Proposed Class*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

*/s/ Nicola C. Menaldo*
Nicola C. Menaldo

**[~~PROPOSED~~] ORDER**

The Court, having reviewed and considered the parties' Joint Status Report, and good cause appearing, hereby orders as follows:

1. All deadlines in this case are stayed pending the filing of the Parties' motion for preliminary approval of the class action settlement, which shall be due within ninety (90) days of the filing of the Joint Status Report.
2. A Case Management Conference is scheduled for February 2, 2027, at 2:00 p.m. by Zoom videoconference. It will be vacated if the motion for preliminary approval has been filed.

**IT IS SO ORDERED**.

Dated: October 16, 2026

The Honorable William H. Orrick